UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO: SACR 11-0271-JVS |
|---|---|
| Plaintiff, | ) |
| | ) CORRECTED JUDGMENT |
| | ) REVOKING **PROBATION** |
| vs. | ) |
| David Anthony Olivo, | ) |
| Defendant. | ) |

WHEREAS, on January 29, 2013, came the attorney for the Government, Douglas McCormick and the defendant appeared in person with appointed counsel, Daniel McCurrie, and U.S. Probation Officer Joe Torres present; and the defendant having admitted allegations 1 through 4 on January 29, 2013, as stated in the Petition on Probation filed January 17, 2013,

WHEREAS, on January 29, 2013, the Court FOUND that the defendant violated the conditions of **probation** imposed on July 23, 2012, (See Original Judgment and Commitment Order),

NOW, THEREFORE, IT IS ADJUDGED, upon the findings of the Court,

the period of **probation** is revoked and vacated, and the defendant is committed to the custody of the Bureau of Prisons for a period of sixty (60) days. Defendant to surrender himself to the U.S. Marshal's Office by noon on February 5, 2013. Upon release from imprisonment the defendant **shall be placed on supervised release for a period of 1 year under the same terms and conditions previously set for probation in the original judgment.**

The Court advises the defendant of his right to appeal.

IT IS ORDERED that the Clerk deliver a copy of this Judgment and Commitment Order to the U.S. Marshal and the U.S. Probation Office and this copy shall serve as the commitment of the defendant.

DATE: January 31, 2013

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

FILED: January 31, 2013
Terry Nafisi, CLERK

by: *Dwayne Roberts*
   Deputy Clerk